UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

---------------------------------------------------------------x
Mast Industries, Inc.,                              :

                *Plaintiff*,                  :

                     v.                    :   Court No.   11-00024

United States,                                      :

                *Defendant*.                :
---------------------------------------------------------------x

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Tank tops, knitted or crocheted, of man-made fibers, under HTSUS subheading 6109.90.10 at the rate of 32 percent ad valorem, or

    b. Pullovers, knitted or crocheted, of cotton, under HTSUS subheading 6110.20.20 at the rate of 16.5 percent ad valorem.

<u>Mast Industries, Inc.v. United States,</u> CIT No. 11-00024

7. The subject merchandise is classifiable in one of the following provisions:

   a. Other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.8 percent ad valorem, or

   b. Other garments, knitted or crocheted, of man-made fibers under subheading 6114.30.10, HTSUS, at the rate of 28.2 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), aff'd. *Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style number, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT, LLP
Attorneys for Plaintiff
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel. (212) 557-4000

/s/   Robert F. Seely
      Robert B. Silverman
      Alan R. Klestadt

Dated: New York, New York
       May 2, 2022

Mast Industries, Inc.v. United States, CIT No. 11-00024

# **EXHIBIT 1**

**Port:** Los Angeles, CA (2704); Seattle, WA (3001)

**Summons Filed:** 2/07/2011

*NOTE:* Entries marked below with an asterisk (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description | HTSUS ASSESSED | DECISION HTSUS |
|---|---|---|---|---|---|---|
| 2704-10-101516 | 113-4753586-3* | | | | | |
| 2704-10-101516 | 113-4753615-0* | | | | | |
| 2704-10-101516 | 113-4776618-7* | | | | | |
| 2704-10-101516 | 113-4777004-9* | | | | | |
| 2704-10-101516 | 113-4828534-4* | | | | | |
| 2704-10-101516 | 113-4828709-2* | | | | | |
| 2704-10-101516 | 113-4847719-8* | | | | | |
| 2704-10-101516 | 113-4847846-9* | | | | | |
| 2704-10-101516 | 113-4877306-7* | | | | | |
| 2704-11-100022 | 113-4877357-0* | | | | | |
| 2704-11-100022 | 113-4877506-2* | | | | | |
| 2704-11-100022 | 113-4880634-7* | | | | | |
| 2704-11-100022 | 113-4931474-7* | | | | | |
| 2704-11-100022 | 113-4931667-6* | | | | | |
| 2704-11-100022 | AXD-0007842-8* | | | | | |
| 2704-11-100022 | AXD-0008579-5* | | | | | |
| 2704-11-100022 | AXD-0010591-6* | | | | | |

Mast Industries, Inc.v. United States, CIT No. 11-00024

| | | | | | | |
|---|---|---|---|---|---|---|
| 2704-11-100022 | AXD-0012278-8* | | | | | |
| 2704-11-100022 | AXD-0013163-1* | | | | | |
| 2704-11-100022 | AXD-0013282-9* | | | | | |
| 2704-11-100022 | AXD-0013542-6* | | | | | |
| 2704-11-100022 | AXD-0013687-9* | | | | | |
| 2704-11-100022 | AXD-0013687-9* | | | | | |
| 2704-11-100022 | AXD-0013866-9* | | | | | |
| 2704-11-100022 | AXD-0013870-1* | | | | | |
| 2704-11-100022 | AXD-0014135-8 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 2704-11-100022 | AXD-0014136-6* | | | | | |
| 2704-11-100022 | AXD-0014137-4* | | | | | |
| 2704-11-100022 | AXD-0014215-8* | | | | | |
| 2704-11-100022 | AXD-0014219-0* | | | | | |

4

<u>Mast Industries, Inc.v. United States,</u> CIT No. 11-00024

**Port:** Seattle, WA (3001)

**Summons Filed:** 2/07/2011

*NOTE:* Entries marked below with an asterisk (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description | HTSUS ASSESSED | DECISION HTSUS |
|---|---|---|---|---|---|---|
| 3001-10-100395 | 113-4945249-7 | 10 | 10813953 | WOMENS KNIT 93% MODAL, 7% SPANDEX TANK TOP, BOAT NECK, 26 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 18 STITCHES PER CM IN THE VER | 6109901065 | 6114301020 |
| 3001-10-100395 | 113-4985117-7 | 10 | 10813953 | WOMENS KNIT 93% MODAL, 7% SPANDEX TANK TOP, BOAT NECK, 26 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 18 STITCHES PER CM IN THE VER | 6109901065 | 6114301020 |
| 3001-10-100395 | 113-4985949-3* | | | | | |
| 3001-10-100395 | 113-4986067-3 | 1 | 10816421 | WOMENS KNIT 93% MODAL, 7% SPANDEX TANK TOP, SLEEVELESS, V-NECK, 17 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 26 STITCHES PER CM I | 6109901065 | 6114301020 |
| 3001-10-100395 | 113-5009277-8* | | | | | |
| 3001-10-100395 | 113-5009793-4* | | | | | |
| 3001-10-100395 | 113-5046539-6 | 1 | 10816421 | WOMENS KNIT 93% MODAL, 7% SPANDEX TANK TOP, SLEEVELESS, V-NECK, 17 STITCHES PER CM IN THE HORIZONTAL | 6109901065 | 6114301020 |

Mast Industries, Inc.v. United States, CIT No. 11-00024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | DIRECTION, 26 STITCHES PER CM I | | |
| 3001-10-100395 | 113-5046685-7 | 38 | 10813953 | WOMENS KNIT 93% MODAL, 7% SPANDEX TANK TOP, BOAT NECK, 26 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 18 STITCHES PER CM IN THE VER | 6109901065 | 6114301020 |
| 3001-10-100395 | 113-6225909-2 | 1 | 10817419 | WOMENS KNIT 93% MODAL, 7% SPANDEX TANK TOP, SLEEVELESS, V-NECK, 18 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 26 STITCHES PER CM I | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0005059-1* | | | | | |
| 3001-10-100395 | AXD-0005605-1* | | | | | |
| 3001-10-100395 | AXD-0005607-7* | | | | | |
| 3001-10-100395 | AXD-0005608-5 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0005609-3* | | | | | |
| 3001-10-100395 | AXD-0005785-1 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0005786-9* | | | | | |

Mast Industries, Inc.v. United States, CIT No. 11-00024

| | | | | | | |
|---|---|---|---|---|---|---|
| 3001-10-100395 | AXD-0005787-7* | | | | | |
| 3001-10-100395 | AXD-0005790-1* | | | | | |
| 3001-10-100395 | AXD-0006426-1* | | | | | |
| 3001-10-100395 | AXD-0006428-7 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0006844-5* | | | | | |
| 3001-10-100395 | AXD-0006845-2* | | | | | |
| 3001-10-100395 | AXD-0007104-3* | | | | | |
| 3001-10-100395 | AXD-0007119-1* | | | | | |
| 3001-10-100395 | AXD-0007552-3* | | | | | |
| 3001-10-100395 | AXD-0007759-4* | | | | | |
| 3001-10-100395 | AXD-0007932-7* | | | | | |
| 3001-10-100395 | AXD-0007933-5* | | | | | |
| 3001-10-100395 | AXD-0007934-3* | | | | | |
| 3001-10-100395 | AXD-0007935-0* | | | | | |
| 3001-10-100395 | AXD-0008327-9 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0008503-5 | 1 | 10818061 | WOMENS KNIT 95% COTTON, 5% SPANDEX PULLOVER, SLEEVELESS, V-NECK, | 6110.20.20 | 6114.20.00 |

Mast Industries, Inc.v. United States, CIT No. 11-00024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | NO HEM TIGHTENING, 24 STITCHES PER CM IN THE HORIZONTAL DIRECTION, | | |
| 3001-10-100395 | AXD-0008734-6 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0008735-3 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0008736-1 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0008737-9 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0008738-7* | | | | | |
| 3001-10-100395 | AXD-0009100-9* | | | | | |
| 3001-10-100395 | AXD-0009118-1* | | | | | |

Mast Industries, Inc.v. United States, CIT No. 11-00024

| | | | | | | |
|---|---|---|---|---|---|---|
| 3001-10-100395 | AXD-0009505-9* | | | | | |
| 3001-10-100395 | AXD-0009549-7* | | | | | |
| 3001-10-100395 | AXD-0009550-5* | | | | | |
| 3001-10-100395 | AXD-0009938-2 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0009939-0 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0010422-4* | | | | | |
| 3001-10-100395 | AXD-0010741-7 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0010742-5 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0010743-3 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES | 6109901065 | 6114301020 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | | |
| 3001-10-100395 | AXD-0010744-1 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0010745-8* | | | | | |
| 3001-10-100395 | AXD-0010746-6* | | | | | |
| 3001-10-100395 | AXD-0010747-4* | | | | | |
| 3001-10-100395 | AXD-0010758-1* | | | | | |
| 3001-10-100395 | AXD-0010764-9 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0010765-6* | | | | | |
| 3001-10-100395 | AXD-0010766-4 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0010767-2 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL | 6109901065 | 6114301020 |

Mast Industries, Inc.v. United States, CIT No. 11-00024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | DIRECTION, 11 STITCHES PER CM IN THE V | | |
| 3001-10-100395 | AXD-0010770-6* | | | | | |
| 3001-10-100395 | AXD-0011490-0* | | | | | |
| 3001-10-100395 | AXD-0011892-7 | 1 | 10818061 | WOMENS KNIT 95% COTTON, 5% SPANDEX PULLOVER, SLEEVELESS, V-NECK, NO HEM TIGHTENING, 24 STITCHES PER CM IN THE HORIZONTAL DIRECTION, | 6110.20.20 | 6114.20.00 |
| 3001-10-100395 | AXD-0012002-2 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0012003-0 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0012004-8* | | | | | |
| 3001-10-100395 | AXD-0012005-5 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0012007-1 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE | 6109901065 | 6114301020 |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | | |
| 3001-10-100395 | AXD-0012009-7* | | | | | |
| 3001-10-100395 | AXD-0012010-5* | | | | | |
| 3001-10-100395 | AXD-0012011-3 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0012013-9 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0012014-7* | | | | | |
| 3001-10-100395 | AXD-0012015-4* | | | | | |
| 3001-10-100395 | AXD-0012016-2 | 1 | 35009563 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SLEEVELESS, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER | 6109901090 | 6114301020 |
| 3001-10-100395 | AXD-0012017-0 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 | 6109901065 | 6114301020 |

<u>Mast Industries, Inc.v. United States,</u> CIT No. 11-00024

| | | | | STITCHES PER CM IN THE V | | |
|---|---|---|---|---|---|---|
| 3001-10-100395 | AXD-0012019-6* | | | | | |
| 3001-10-100395 | AXD-0012881-9* | | | | | |
| 3001-10-100395 | AXD-0013476-7* | | | | | |
| 3001-10-100395 | AXD-0013477-5 | 1 | 35009612 | WOMENS KNIT 92% NYLON, 8% SPANDEX TANK TOP, SQUARE NECK, 11 STITCHES PER CM IN THE HORIZONTAL DIRECTION, 11 STITCHES PER CM IN THE V | 6109901065 | 6114301020 |
| 3001-10-100395 | AXD-0013655-6* | | | | | |

13